

**Dated:  November 6, 2018**
**The following is ORDERED:**

**George W. Emerson, Jr.**
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Tondalaya Monte' Bolton

Debtor(s).

Case No.   17–28996 gwe
Chapter   13

### ORDER APPROVING STANDING CHAPTER 13 TRUSTEE'S
### FINAL REPORT AND ACCOUNT AND DISCHARGING TRUSTEE
### COMBINED WITH NOTICE OF THE ENTRY THEREOF

It appears to the Court, on its own initiative, that an Order has been previously signed by a Bankruptcy Judge dismissing the chapter 13 case of the above–named debtor(s).

It further appears to the Court that the Standing Chapter 13 Trustee has filed a Final Report and Account and that this previously dismissed case is now ready for statistical closing.

**IT IS, THEREFORE, ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1.  The Standing Chapter 13 Trustee's Report and Account is approved and the Trustee is hereby discharged of his trust.

2.  This previously dismissed chapter 13 case is hereby statistically closed.

[disch13odtcg080]Order Approving Standing Ch13 Trustee